

Below is the Judgment of the Court.

_____

**Marc Barreca**
**U.S. Bankruptcy Court Judge**
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**MEYER, Kenneth Charles,**

Debtor.

**MEYER, Kenneth Charles,**

Plaintiff,

v.

**MEYER, LORI,**

Defendant.

Number 23-10075

Adversary Number: 23-01026

**JUDGMENT**

THIS MATTER having come on regularly based upon the Motion and Declaration for Judgment and the Court having reviewed the files and records herein and being otherwise fully advised in the premises, it is

ORDERED that upon entry of a 11 USC § 1328(a) Discharge in Plaintiff's underlying Chapter 13 bankruptcy proceeding all monies owed Defendant as set forth in the Order to Enforce Decree filed December 16, 2022, are discharged.

JUDGMENT- 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

A copy of Order to Enforce Decree is attached to this Judgment and incorporated by reference.

//END OF ORDER//

Presented by:
Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

JUDGMENT- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

FILED
DEC 16 2022
HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

Lori Meyer )
PLAINTIFF / PETITIONER )
)
and )
) NO. 14-3-00438-1
Kenneth Meyer )
DEFENDANT/RESPONDENT ) ORDER to enforce decree.
)
) clerk's action required

IT IS HEREBY ORDERED: Motion to enforce is granted.

① Money Judgment Summary

| Lawyer fees | owed by Kenneth Meyer | paid to Lori Meyer | $2704.50 |
|---|---|---|---|
| Lawyer: | pro se | Revei Detreece represents Lori Meyer | |

Yearly Interest: 12% per annum

DONE IN OPEN COURT this date: _____

Presented By:

_____
JUDGE / COURT COMMISSIONER

Copy Received:

ORIGINAL

1084-4

5/01 page 1 of 2

Page 1 of 2



Case Name: Lori Meyer v Kenneth Meyer   Case No. 14-3-00438-1

(2) Respondent signed the 2014 Divorce Decree and appeared for entry of final orders with the court. Court has received no evidence that respondent has paid on the $59,000 debt awarded to him.

(3) The court is entering the decree. Respondent Meyer shall pay $39,000.00 directly to Lori Meyer within 60 days. Interest shall accrue after 60 days if not paid. If unpaid, a separate judgment shall enter for the unpaid amount via ex parte.

(4) Petitioner Meyer is awarded attorney fees in the amount of $2704.50 within 60 days.

DONE IN OPEN COURT this date: 12/16/22

Presented By:

_____
Atty for Petitioner   WSBA # 38138

Copy Received:

_____
Kenneth Meyer, pro se

_____
JUDGE/COURT COMMISSIONER

_____
Lori Meyer, Petitioner